UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PRIORITY RECORDS LLC, a California limited :
liability company, et al.,
: Civil Action No. 05CV1093 (DGT)(RML)
　　　　　　　　　　Plaintiffs,　　　　:　**NOTICE OF DISMISSAL**

　　　　　　-against-　　　　　　　　　: File Electronically

DESSIE MERCADO,　　　　　　　　　:

　　　　　　　　　Defendant.　　　　　:
-------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 18, 2004 ★
P.M. _____
TIME A.M. _____

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action without prejudice, each party to bear its own costs and attorneys' fees.

Dated: New York, New York
　　　　August 4, 2005

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　J. Christopher Jensen (JJ 1864)
　　　　　　　　　　　　　　　　　Jason D. Sanders (JS 2219)
　　　　　　　　　　　　　　　　　Maryann Penney (MP-0741)
　　　　　　　　　　　　　　　COWAN, LIEBOWITZ & LATMAN, P.C.
　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　1133 Avenue of the Americas
　　　　　　　　　　　　　　　New York, New York 10036-6799
　　　　　　　　　　　　　　　(212) 790-9200

So Ordered:

s/David G. Trager    8/8/05
U.S.D.J.